# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOPEZ MARTINEZ,<br><br>          Petitioner,<br><br>     v.<br><br>DEBRA DEXTER, Warden,<br><br>          Respondent. | NO. ED CV 08-1016 DSF (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 19, 2008

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE